1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
2  CHRISTOPHER J. McNAMARA (SBN 209205)
   cmcnamara@kasowitz.com
3  101 California Street, Suite 2300
   San Francisco, California 94111
4  Telephone:  (415) 421-6140
5  Facsimile:  (415) 398-5030

6
   Attorneys for Plaintiff
7  Neighborhood Assistance Corporation of America

8              UNITED STATES DISTRICT COURT
9
10           CENTRAL DISTRICT OF CALIFORNIA
11                (SOUTHERN DIVISION)
12

13  Neighborhood Assistance Corporation      CASE NO. **SACV12 - 0463 DOC (MLGx)**
14  Of America, a Massachusetts
    corporation,
15                                            **COMPLAINT FOR MONETARY**
                                              **AND INJUNCTIVE RELIEF FOR**
16            Plaintiff,                       **VIOLATIONS OF SECTION 43(a)**
                                              **OF THE LANHAM ACT (15 U.S.C. §**
17       v.                                   **1125(a)) AND COMMON LAW**
                                              **UNFAIR COMPETITION**
18
19  First One Lending Corporation, a
    California corporation, John Vescera,
20  an individual, and Does 1- 10,           **DEMAND FOR JURY TRIAL**
21            Defendant.
22

23

24       Plaintiff Neighborhood Assistance Corporation of America ("NACA"), in its

25  complaint against Defendants First One Lending Corporation ("First One"), John

26  Vescera, and Does 1-10 (collectively "Defendants") for monetary and injunctive

27  relief, alleges as follows:

28

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

**JURISDICTION AND VENUE**

1.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1121.  The Court has supplemental jurisdiction over the state law claim for common law unfair competition pursuant to 28 U.S.C. § 1367.

2.     Venue is proper pursuant to 28 U.S.C. §§ 1391(b)-(c) because all Defendants reside in the State of California and Defendant First One maintains its principal place of business in Orange County and Defendant John Vescera resides in Orange County, which is located in the Central District of California.

**PRELIMINARY STATEMENT**

3.     This action arises from Defendants' fraudulent mortgage modification scam targeting vulnerable homeowners seeking mortgage modification. Defendants' scheme is based on numerous false and misleading representations of fact, including, but by no means limited to, false and misleading representations that are purposefully designed to convince vulnerable homeowners that (1) First One is affiliated with, connected to, or associated with NACA, (2) First One is a non-profit public benefit corporation with the specific purpose of expanding affordable housing opportunities to the public and providing counseling services to assist homeowners in avoiding default and foreclosures, (3) First One is affiliated with or sponsored by the U.S. Department of Housing and Urban Development ("HUD"), and (4) First One is a HUD Approved Housing Counseling Agency.  The purpose of Defendants' numerous misrepresentations, including misrepresentations about First One's affiliation with NACA, is to gain the confidence of consumers so that Defendants can accomplish their goal:  taking hard-earned money from vulnerable homeowners who can ill afford to squander the $1,450 to $1,850 typically charged by First One for its purported services.

4.     The services that First One purports to provide are essentially worthless.  For the $1,450 to $1,850 typically paid, First One does nothing more

than submit financial information provided by the homeowner to NACA, which homeowners can do free of charge through NACA's website. As discussed further below, through its Home Save Program, NACA provides homeowners assistance in assembling and submitting documentation to their mortgage servicers free of charge to the homeowner.

5.    Not only are First One's services worthless, First One's practice of collecting the fees in advance of a successful loan modification is illegal under California law, which prohibits charging advanced fees for mortgage modification service and requires that the service provider provide a specific notice regarding the availability of the services for free from other sources prior to entering into a fee agreement. Defendants cannot claim ignorance of the relevant California law; in May 2011, First One was ordered by California's Department of Real Estate ("DRE") to desist and refrain from charging any advance fees in connection with mortgage modifications.

6.    Defendants' scheme not only harms individual homeowners, it harms legitimate businesses that lawfully provide mortgage modification services. As recognized by the Office of the Special Inspector General for the Troubled Asset Relief Program ("SIGTARP") in a December 1, 2011 press release, "Mortgage scams harm not only homeowners but legitimate businesses and the market as a whole." Defendants' scam is particularly harmful to NACA, a legitimate and well-known non-profit organization whose primary goal is to build strong, healthy neighborhoods in urban and rural areas nationwide through affordable homeownership. By First One's deceitful claims of affiliation, connection, or association with NACA, and its dishonest and unlawful conduct towards vulnerable homeowners, Defendants have been unjustly enriched at NACA's expense. While Defendants have lined their pockets, NACA's reputation has been, and will continue to be, tarnished by the perception that First One and NACA are affiliated.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

7.     By this action NACA seeks to permanently enjoin Defendants – and all persons or entities working for, in conjunction with or otherwise under the control of Defendants – from (1) using NACA's name on advertisements, websites or any other promotional materials; (2) making any false or misleading representation of fact that is likely to deceive or cause confusion as to First One's affiliation, connection, or association with NACA, (3) misrepresenting the nature, characteristics or qualities of First One's services, including misrepresentations about its non-profit status and its affiliation with HUD, (4) charging advance fees in violation of California law, and (5) failing to provide notice that the services may be obtained for free from other sources, as required by California law.  NACA also seeks monetary relief in the amount of Defendants' profits realized through its fraudulent scam, including all amounts First One charged homeowners for any loan modification services.  NACA also seeks attorneys' fees incurred in this action and punitive damages for Defendants' malicious, oppressive and fraudulent conduct.

## THE PARTIES

**A.     The Neighborhood Assistance Corporation of America**

8.     The Neighborhood Assistance Corporation of America is not-for-profit corporation, organized under the laws of the Commonwealth of Massachusetts, that provides mortgage related housing assistance to primarily low and moderate income families in more than twenty-five states and the District of Columbia.  Since its inception in 1994, the Neighborhood Assistance Corporation of America has provided mortgage-related services to primarily low and moderate income families under the trade name of "NACA."   NACA has done business in California since 1999, and NACA currently has offices in Oakland and Inglewood.

9.     On or about October 21, 2003 and July 6, 2004, NACA obtained, and has since then continuously maintained, with the U.S. Patent and Trademark Office ("USPTO") valid registered servicemarks in the word "NACA," one without style or design (Registration No. 2774798) and one stylized with design (Registration No.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

2859713).  On or about August 3, 2009, both servicemarks were deemed incontestable by the USPTO.

10.     Prior to 2008, the primary services NACA provided were loan origination services.  NACA's loan origination services were, and continue to be, extremely unique because NACA, through agreements with major lenders, is able to offer affordable mortgages to individuals whose credit or other financial history would otherwise prevent them from obtaining a market-rate home loan, provided those individuals successfully complete NACA's comprehensive housing counseling program ("Purchase Program").

11.     In addition to providing loan origination services through its Purchase Program, NACA also conducted, and continues to conduct, highly publicized homeowner advocacy initiatives, ranging from letter-writing campaigns to protests, because of which NACA is able to negotiate more effectively with banks and other financial institutions and ensure NACA clients' access to affordable mortgage products.

12.     Since its inception, NACA's Purchase Program has originated tens of thousands of mortgages to primarily low and moderate income families in more than twenty-five states and the District of Columbia.  During this time, NACA has also spearheaded countless high-profile advocacy initiatives to support low and moderate income homeowners, present and prospective.  Accordingly, NACA has gained national notoriety as the loan originator of choice, as well as faithful advocate, for low and moderate income homeowners.

13.     In or around 2008, responding to the onset of the national mortgage crisis, NACA expanded its services to include assisting homeowners saddled with unaffordable mortgage payments and facing foreclosure of their homes.  Through NACA's Home Save Program, homeowners receive assistance in assembling and submitting documentation to their mortgage servicers which, according to agreements between each servicer and NACA, are required to examine each

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

Complaint

homeowner submission, halt any corresponding foreclosure proceeding and work in good faith with the homeowner to reach a solution that will help the homeowner remain in his or her home and make timely mortgage payments. Such solutions include, among others, payment forbearances, interest reductions and principal reductions.

14. NACA provides its Home Save Program services to homeowners free of charge. NACA receives compensations from certain mortgage servicers for each successful solution.

15. To ensure that every homeowner struggling with unaffordable mortgage payments and facing foreclosure has access to the Home Save Program, NACA has invested significant resources in advertising the Home Save Program by, among other means, developing a full-service, comprehensive NACA website that introduces homeowners to the Home Save Program (as well as the Purchase Program) and provides homeowners with all necessary information to begin NACA's Home Save process. Since the commencement of the Home Save Program, NACA has assisted homeowners in making hundreds of thousands of solution requests to mortgage services.

16. Due to the demand for NACA's Home Save Program, NACA created large multi-day events called Save-the-Dream Events. The events are held in large meeting or conventions centers, such as San Francisco's Cow Palace, and are attended by tens of thousands of homeowners and major mortgage servicers. Save-the-Dream Events result in many of the attendees obtaining immediate monthly payment reductions or other solutions. NACA has done over forty Save-the-Dream Events to date, and additional Save-the-Dream Events continue to take place around the country.

17. NACA has developed an excellent reputation for assisting low and moderate income people to achieve the dream of homeownership. Through the Home Save Program and the Save-the-Dream events, NACA similarly has

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

1 | developed national reputation as an effective and trustworthy provider of loan

2 | modification and related mortgage assistance to low and moderate income families.

3 | **B.     First One Lending Corporation and Related Defendants**

4 | 18.     On information and belief, First One is a for-profit corporation,

5 | organized under the laws of California.  First One was licensed by the California

6 | Department of Corporations as a mortgage banker but First One surrendered its

7 | license effective January 3, 2012.  First One's principal place of business is located

8 | at 31831 Camino Capistrano, Suite 300B, San Juan Capistrano, CA 92675.

9 | 19.     On information and belief, First One has done, and is currently doing

10 | business, under a variety of different names, including First One National Mortgage,

11 | National Loan Resolution, National Mortgage Help Center ("NMHC"), and

12 | National Mortgage Assistance Center ("NMAC").

13 | 20.     On information and belief, First One has a poor business reputation.

14 | On information and belief, numerous First One customers have complained to First

15 | One about its services, and in some instances have accused First One of fraud and

16 | theft.

17 | 21.     First One is also the subject of a DRE cease and desist order.  On May

18 | 4, 2011, the DRE issued an order requiring First One to desist and refrain from

19 | charging, demanding, claiming, collecting and/or receiving advanced fees, "in any

20 | form, and under any conditions, with respect to the performance of loan

21 | modification or any other form of mortgage loan forbearance services in connection

22 | with loans on residential property containing four or fewer dwelling units."

23 | 22.     On information and belief, Defendant John Vescera is the President and

24 | CEO of First One and its sole director.  Vescera currently resides in Orange County,

25 | California.   On information and belief, Vescera participated, directed, authorized or

26 | ratified the conduct set forth in this complaint, including First One's false

27 | representations of affiliation, connection or association to NACA.

28 |

*(left margin, rotated)* KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

23.     John Doe Defendants 1 through 10 are presently unknown persons or entities working for, in conjunction with or otherwise under the control of First One or Vescera.

## FACTS

24.     On or about March 4, 2009, the United States Treasury Department announced the details for the Home Affordable Modification Program ("HAMP"), which among other things provided guidelines for mortgage modification and incentives for mortgage servicers to modify existing mortgages under the HAMP guidelines.

25.     On information and belief, shortly thereafter Defendants began perpetuating their fraudulent and misleading scam to take advantage of HAMP and desperate homeowners who could no longer afford their mortgage payments.  On information and belief, from as early as March 2009 through the present, Defendants have solicited homeowners through television and radio ads that provide a toll free telephone number for homeowners to call, direct telemarketing, and websites set up in the names of fictitious businesses, including NMHC and NMAC.

26.     On information and belief, the NMHC website first appeared in March 2009, and included an online application process by which homeowners could see if they qualified for a mortgage reduction.  On information and belief, the purported online application was little more than a ruse to obtain the contact information of potential victims.

27.     The NMHC website did and does contain false or misleading information, as demonstrated by the following examples:

    a.  NMHC represents that "Only a State approved attorneys may legally modify your loan with your lender," and provides a form to fill out "to have an approved attorney contact [the homeowner] about a loan modification."  Ex. A.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

b.  NMHC represents that "[o]ur national network of foreclosure prevention specialists will work hard on your behalf and negotiate directly with your Bank to lower your monthly payments through a Mortgage Modification Plan."  On information and belief, NMHC has never had a national network of foreclosure specialist and did, and does not, negotiate directly with banks on behalf of homeowners.  *Id.*, p. __.

c.  NMHC represents that NMHC is non-profit organization that educates the general public and refers the homeowner's contact information, at no cost to the homeowner, to evaluate qualifications for a mortgage payment reduction.  *Id.*

d.  NMHC adopts NACA's Save-the-Dream theme by claiming that NMHC has been "Helping to Save the American Dream since 1995." *Id.*

e.  NMHC purports to offer a warning about fraud and advises homeowners not give information to other websites:  "Do not give out your information with other Websites." *Id.*

28.  NMAC's website also adopts NACA's Save-the-Dream theme ("Helping Homeowners to Save Their Dream") and included and includes similar false representations and misleading information, including the following:

a.  NMAC represents that it "assists troubled homeowners everyday through our national network of foreclosure prevention specialists." Ex. B.

b.  NMAC represents that it is a non-profit organization that educates the general public and refers the homeowner's contact information, at no cost to the homeowner, to evaluate qualifications for a mortgage payment reduction. *Id.*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

c. NMAC represents that NMAC sends the homeowner's information to foreclosure prevention law firms that will call the homeowner back and go over options based upon the homeowner's unique situation. *Id.*

d. NMAC strongly advises homeowners not to seek a mortgage modification on their own: "Don't take chances with your home as another Do It Yourself project, have one of our foreclosure prevention attorneys take care of everything so that you can have peace of mind." *Id.*

e. NMAC represents that it "takes numerous calls and faxes to the right people in the right department to work with banks." *Id.*

f. Like NMHC, NMAC's website purports to offer a warning about fraud and advises homeowners not give information to other websites: "Do not give out your information with other Websites." *Id.*

29.  On information and belief, the telephone number provided in the above-mentioned advertisements and telemarketing is a telephone number for First One, and the NMHC and NMAC websites are controlled and operated by First One, Vescera or their agents.  Any person that responds to the ads or websites is connected with First One.

30.  First One then subjects the homeowner to a ruthless and well-conceived bait and switch scheme, in which First One repeatedly misrepresents that nature of its business, the nature of the services its provides, and its affiliation, connection or association with NACA.  First One passes itself off as a non-profit organization with a mission to provide NACA-like housing counseling services free of charge to homeowners.  But in fact, First One does not provide any housing counseling services free or otherwise.  Instead, once a homeowner is reeled in, First One charges the homeowner an excessive and illegal advanced fee to compile documents, and then First One passes the homeowner on to NACA, which First One represents is affiliated with First One, to provide the free housing counseling that

First One had promised to provide.  First One pockets the $1,450 to $1,850 it typically charges and then avoids any further contact with the homeowner, turning its attention to new victims to subject to the same fraudulent scheme.

31.   After a homeowner calls or is connected to First One via the internet, First One's scheme continues as follows.  First One first contacts the homeowner by email and/or sends a welcome letter and additional promotional materials to the homeowner.  In the welcome letter, the homeowner is congratulated "on being pre-qualified for the First One's National Mortgage Help Center Program," and asked to return items on a checklist along with a check or money order (representing the first of two payments) payable to First One NMHC.  Ex. C.  On information and belief, there is no pre-qualification.  The additional materials typically provided by First One at or near the same time as the welcome letter also contain a number of false and misleading statements, including the following:

    a.  First One represents that "The NMHC Program is through First One, Approved by HUD (U.S. Department of Housing & Urban Development) as a loan correspondent."  Ex. D.

    b.  First One represents that First One is "Compliant in <u>all</u> 50 states."  *Id.*

    c.  First One represents that First One obtains "Monthly mortgage payment reductions averaging 30% - 40%."  *Id.*

    d.  First One represents that First One has "Compliant relationships with all major lenders & loan servicers."  *Id.*

    e.  First One represents purported actual results obtained by First One for other homeowners.  *Id.*

    f.  First One represents that First One's specific purpose is to expand affordable housing opportunities to the public.  *Id.*

    g.  First One represents that "First One is a **Housing Counselor Public Benefit Corporation**."  *Id.* (emphasis in original).

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

h. First One represents that First One is associated with HUD, including the use of HUD's seal on documents.  Ex. E.

i. First One represents that First One is a "Non-Profit (IRS 501c) Public Benefit Corporation." *Id.*

j. First One represents that First One has contacted the relevant lender and the lender has requested certain documents and financial information.  Ex. F.

k. First One represents that, based on information provided in the "free initial consultation, a Housing Counselor Analysis determined" that the homeowner has been "**pre-qualified** for either HAMP (Home Affordable Modification Program)" or the homeowner's "lender's Traditional mortgage revision guidelines." *Id.* (emphasis in original).

l. First One represents that statistics demonstrate that it is unlikely a homeowner could obtain a mortgage modification by himself because "Achieving a successful mortgage payment reduction requires specific knowledge of HAMP and Traditional mortgage payment reduction guidelines to maximize results." *Id.*

m. First One represents that First One does not share, give, sell or transfer any personal information about its customers.  Ex. G.

n. First One represents that First One is "a member of NAHCA."  Ex. H.

32.    First One claims to provide customers with comprehensive housing counseling and loan modification services, but, in fact, it does not.  First One claims to provide "free-of-charge housing counseling," which First One's promotional materials describe as follows:

a. "First One is a Housing Counseling Public Benefit Corporation.  We offer free-of-charge housing counseling to assist consumers in making informed and reasonable decisions with respect to their housing goals and provide assistance in resolving their housing problems.  Should

you choose, First One is pleased to assist you in communicating with your lender to achieve a result.  Our Housing Counseling assistance is provided at no-charge and is not contingent on you hiring First One for any other service." Ex. I.

    b.  "First One coordinates each client's financial analysis submission to the Home Save Program of the Neighborhood Assistance Network of HUD Housing Counselors to assist you with your lender to achieve a result. HUD (Dept. of Housing and Urban Development) Housing Counseling assistance is provided at no-charge and is not contingent on you hiring First One for any other service." *Id.*

    33.  On information and belief, First One, however, does not provide any free-of-charge housing counseling or assistance in communicating with lenders. First One makes these misrepresentation (as well as the misrepresentations described in the preceding paragraphs) to convince consumers that it provides the same services as NACA and to secure consumers' trust and confidence.  When a consumer falls for this ruse, First One charges an outlandish fees for what it later claims is actually a "documentation service" First One describes as follows:

> Our documentation service is a service separate from our free housing counseling.  Achieving a successful mortgage payment reduction requires submitting a financial analysis to your lender with supporting documentation that meets HAMP and/or Traditional mortgage payment reduction guidelines.  The objective is to prove to your lender why you should receive a mortgage payment reduction.  The process for revising your loan terms varies by lender.  It also varies by individual borrower situation at any given lender.  Should you choose, we provide the valuable service of preparing your financial analysis documentation and underwriting your financial situation

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

1      according to your lender's guidelines.  Just like processing a

2      loan based on a lender's loan approval guidelines, properly

3      structured and compliant documentation achieves the best

4      results.

5  *Id.*

6      34.    First One typically charges from $1,450 to $1,850 for its

7  "documentation service," payable in two equal payments.  Ex. D.  The first payment

8  is due when the homeowner sends his "pre-qualified application package."  The

9  second payment is due when First One notifies the homeowner that its

10  documentation and financial analysis has been completed.  *Id.*  First One claims to

11  provide 100% money back guarantee on its purported documentation service. *Id.*

12      35.    Once an unwitting consumer makes the second payment, First One uses

13  the personal information it obtains to create a NACA membership for homeowners

14  that have paid First One.  Then, First One sends the homeowner a letter stating that

15  the financial analysis has been submitted to the homeowner's "Housing Counselor

16  of the Neighborhood Assistance Network of HUD Housing Counselors to assist you

17  with your lender in achieving a result."  The letter advises the homeowner to call the

18  counselor and provides NACA's telephone number.  The letter also provides a

19  NACA member number and password and advises the homeowner that the status of

20  the loan modification can be checked online with the member number and password

21  at www.naca.com – NACA's website.  Ex. J.

22      36.    On information and belief, a similar letter is sent to every First One

23  client that makes a final payment to First One for documentation services.  By

24  themselves, the letters are likely to cause confusion or mistake as to First One's

25  affiliation, connection, or association with NACA.  When considered together with

26  the false and misleading representations in First One's other promotional materials,

27  including First One's representations that (1) First One is a "Housing Counselor

28  Public Benefit Corporation," (2) NMHC's "national network of foreclosure

prevention specialists will work hard on your behalf and negotiate directly with your Bank to lower your monthly payments through a Mortgage Modification Plan," (3) First One provides free housing counseling services in addition to its documentation services, and (4) First One does not share, give, sell or transfer any personal information about its customers, there can be no legitimate dispute that First One intends to deceive homeowners as to First One's affiliation, connection, or association with NACA.

37.   On information and belief, over 240 homeowners have fallen for First One's scheme and its false claims of affiliation, connection or association with NACA.

38.   First One's intent to deceive homeowners regarding its affiliation with NACA is also demonstrated by First One's response to specific questions on the subject or customer complaints.  For example, in a November 16, 2011 email to First One representative Randa El-Farra, a customer complained that First One's services had been a rip off:

> Directly due to your dishonest and totally bad advice, we very
> well may lose our home of twenty-eight years.
> We thought we could trust your company.  It is so sad when
> people our age are totally ripped off by corporations like those
> you work for.
> After speaking with the HUD folks and it is their opinion that
> you folks are just a bunch of coporate [sic] crooks praying on
> people during a bad economic time.  To quote the HUD
> spokesperson.  "We're so sorry that you gave these folks
> $2000.00 for nothing.  You could have done this at the start, on
> your own and would be out of this mess by now.["]  So thanks a
> lot.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

1    I am so disappointed in you and First One.  I hope you forward

2    this letter to the highest echelons, because be sure that if my

3    entire moneys are not refunded in thirty days, I will file a

4    complain [sic] with the Washington State Attorney General's

5    Office, the Better Business Bureau and any other agency that I

6    can find that has dealing with you.

7    You'll also be on my facebook page revealing the dishonesty of

8    you company.

9    Ex. K.

10   39.    El-Farra responded by feigning offense, threatening to sue the customer

11   and falsely claiming that First One was a registered referral agent to NACA, to wit:

12   I am saddened when someone like yourself makes such reckless

13   claims based on what someone else is telling you who does not

14   have the facts.

15   The facts are stated in your contract.  You acknowledged,

16   signed and agreed to perform to our contract.  We fully

17   performed the Scope of Services for which you paid and hired

18   us.

19   A staff of individuals have worked very hard on your behalf to

20   prepare the paperwork in accordance with your lender's

21   requirements.  It is the financial analysis and documentation

22   that is the most important part of the process.  Further, we are a

23   registered referral agent to NACA.

24   I would suggest that you refrain from publishing false and

25   defamatory statements about our organization.  You may open

26   yourself up to civil liability.

27

28

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

1         Honestly, [Customer], the truth is that we fully performed to the

2         agreement.  The process has helped others.  I am the one

3         disappointed by your comments which are unsupported.

4  *Id.*

5      40.    First One representative Stacey Timmins made similar representations

6  responding to a complaint in October 2011.  In an October 9, 2011 email, a

7  customer raised questions about the connection between First One and NACA and

8  complained that First One took $1,450 just to act as a middle man.  Among other

9  things, the customer wrote:

10         What hurts the most is before Bill Mariner passed me on to you

11         as my case manager, I explained to him that the $1450 was all

12         of my savings and that I have 5 kids and one of them is a

13         newborn.  He told me because he pre-screened me, that your

14         company would get the loan modification done with fidelity for

15         me and if your company could not get it done, that I would be

16         able to get a full refund. . . . Now I'm finding out that you guys

17         only took my money to pass me on to NACCA [sic] (a non-

18         profit organization) that is going to be doing everything you

19         guys was paid for and promised me you'll do.  This is my

20         submission for a full refund for my $1450 ASAP please.

21

22  Ex. L.

23      41.    Timmins responded as follows:

24         [Customer]  – you are mistaken on this.

25         First One Lending is a registered referral agent with the

26         National Association of HUD Housing Counselors as well as a

27         HUD approved lender.  We did not "pass you on" in the manner

28         you speak of – to NACA.

> You paid First One for Document Services – not for loan
> modification.  Once we refer you to NACA your complete
> financial analysis and paperwork have been completed by us –
> and you are then in the free of charge assistance phase of the
> service.  All of the paperwork has already been submitted.
> Please refer to the agreement / contracts that you signed.
> The guarantee policy states "If your lender denies your request
> to modify the terms of your loan based on our document
> service, you receive 100% money back.
> Also please read the services agreement specifically items 2 and
> 3.

*Id.*

42.     On information and belief, Defendants also made verbal representations that First One was affiliated, connected, or associate with NACA.

43.     On information and belief, First One collected fees ranging between $1,000 and $2,000 from at least 240 homeowners through Defendants' false and misleading representations about First One's affiliation with NACA, its affiliation with HUD, and the nature and quality of its services.  On information and belief, Defendants have been unjustly enriched by at least $350,000 through its fraudulent and illegal scam and its unlawful collection of advanced fees.

44.     Defendants' fraudulent scheme violates a number of federal and California laws, including the Section 43(a) of the Lanham Act (which prohibits false or misleading statements regarding affiliation); Section 2944.6 of the California Civil Code (which requires any person providing loan modification services to provide written notice that the services may be obtained from other sources free of charge); Section 2944.7 of the California Civil Code (which prohibits any person providing loan modification services from collecting advanced fees); Section 1770 of the California Civil Code (which prohibits misrepresentations

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

1    of affiliation, connection or association); and California's Financial Information

2    Privacy Act.

3          45.    First One's false and misleading claims of affiliation, connection, or

4    association with NACA have damaged NACA's reputation and will continue to

5    damage NACA's reputation until Defendants' scam is stopped.

**FIRST CLAIM FOR RELIEF**

**Violation of Section 43(a) of the Lanham Act**

**(15 U.S.C. § 1125(a))**

9          46.    NACA incorporates the allegations contained in paragraphs 1 through

10   45 as if fully set forth below.

11         47.    Defendants made false and misleading statements of fact in commerce

12   regarding the nature of First One's services and its affiliation, connection, or

13   association with NACA and HUD, as described above in paragraphs 24 through 45.

14         48.    Defendants' false and misleading statements have deceived or have the

15   tendency to deceive a substantial number of homeowners seeking to obtain a

16   mortgage modification.

17         49.    Defendants' deception is material, in that it is likely to influence a

18   homeowner's decision to pay First One for services.

19         50.    Defendants caused the false and misleading statement to enter interstate

20   commerce.  On information and belief, the NMHC and NMAC website are available

21   in every state.  Additionally, on information and belief, Defendants, who reside in

22   California, sent promotional materials by mail to homeowners in a number of other

23   states.

24         51.    In addition to disgorgement of profits, a permanent injunction

25   prohibiting First One from making any claims of affiliation, connection or

26   association with NACA is appropriate.  NACA has suffered and irreparable injury

27   and will continue to suffer an irreparable injury if an appropriate permanent

28   injunction is not issued by the lessening of good will associated with its services.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

19

Complaint

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

As discussed above in paragraphs 8 through 17, NACA has an excellent reputation for assisting low and moderate income people to achieve the dream of homeownership, and, through the Home Save Program and the Save-the-Dream events, NACA has developed national reputation as an effective and trustworthy provider of loan modification and related mortgage assistance to low and moderate income families.  First One and Vescera, on the other hand, have terrible reputations and leave many of their "clients" feeling as though they have been ripped off.  Thus, NACA's good will has been and will continue to be harmed by any apparent affiliation, connection and association with First One.  Additionally, First One's false claims of affiliation, connection and association with NACA may expose NACA to civil claims based on First One's fraudulent and wrongful conduct.

52.     The remedies available at law are not adequate to fully compensate NACA for the harm caused by Defendants' misconduct, including the harm suffered by NACA for its continued loss of good will and exposure to civil claims based on First One's fraudulent and wrongful conduct.  Additionally, the balance of the hardships weighs in favor of a permanent injunction and the public interest would be served by a permanent injunction against First One.

## SECOND CLAIM FOR RELIEF

### Common Law Unfair Competition

53.     NACA incorporates the allegations contained in paragraphs 1 through 45 as if fully set forth below.

54.     Since its inception in 1994, NACA has developed an excellent reputation for assisting low and moderate income people to achieve the dream of homeownership.  Since 2008, NACA has spent substantial time, money and skill developing and promoting the Home Save Program and the Save-the-Dream events.  Through the Home Save Program and the Save-the-Dream events, NACA has developed a reputation throughout California and nationally and substantial good

1  will as an effective and trustworthy provider of loan modification and related

2  mortgage assistance to low and moderate income families.

3     55.     By misrepresenting an affiliation with NACA and passing off NACA's

4  services as its own, Defendants have appropriated NACA's reputation and good will

5  and used it in its mortgage modification scam.

6     56.     Defendants' appropriation of NACA's reputation and good will in its

7  mortgage modification scam was and is without NACA's authorization or consent.

8     57.     NACA has developed its reputation and substantial good will in

9  California and nationally.  Defendants' scam has and will continue to negatively

10 affect NACA's reputation and good will.  NACA has suffered harm and will

11 continue to suffer harm by Defendants' misleading claims of affiliation with NACA

12 and the passing off of NACA's services as its own.

13    58.     Defendants have acted with malice, oppression, and fraud, which

14 warrant punitive damages.

### PRAYER FOR RELIEF

15

16 Plaintiff prays for the following relief:

17    1.      An order enjoining Defendants from (a) making false or misleading

18 statements that suggest an affiliation with NACA, (b) making false or misleading

19 statements that suggest an affiliation with HUD, (c) making false or misleading

20 statements about its corporate status, (d) making false or misleading statements

21 about the nature or quality of First One's services, (e) charging an advance fee in

22 violation of California law; and (f) failing to provide notice that the services First

23 One provides may be available for free;

24    2.      An award in the amount of Defendants' profits or an order requiring

25 restitution of all amounts paid by homeowners to First One for mortgage

26 modification related services to the homeowners;

27    3.      Punitive damages;

28    4.      Attorneys' fees and costs; and

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

5.   Other relief the Court deems proper and appropriate.

DATED:  March 22, 2012

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By:   _____
Christopher J. McNamara

Attorneys for Plaintiff
Neighborhood Assistance Corporation of America

## DEMAND FOR JURY TRIAL

NACA hereby demands a jury trial on all issues so triable before this Court.

DATED:  March 22, 2012

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
        Christopher J. McNamara

Attorneys for Plaintiff
Neighborhood Assistance Corporation of America

# EXHIBIT A



Home

## National Mortgage Help
Helping to Save the American Dream since 1995

**NMHC**

| Apply Now | Save Your Home | Consumer Alert | In the News | FAQ |



Welcome to the official National Mortgage Help Center Website. NMHC assists troubled homeowners everyday through our national network of foreclosure prevention specialists. Get the professional help you need to keep your home and have peace of mind.





The Banks have taken advantage of you and your family for long enough! Our national network of foreclosure prevention specialists will work hard on your behalf and negotiate directly with your Bank to lower your monthly payments with the U.S. Loan Modification Plan.



See if you qualify for the U.S. Loan Modification Plan, fill out the no obligation Quick Quote form below now:

### Get Help Now

**What State are you in?**·          Choose A State ▾

**Behind on mortgage payments?**·          - Must Select One - ▾

**Estimated mortgage balance owed?**·          - Must Select One - ▾

**Who is your lender?**

**First Name**·

**Last Name**·

**Primary Phone Number**·

**Secondary Phone Number**

**Email Address**·

**I also need help with my credit card debt of $7k+ (optional)** ☐

[ Submit ]

· Required Field

TESTIMONIALS

As Seen On:

      

Apply Now | Save Your Home | Consumer Alert | In the News | FAQ | Home | Privacy Policy

**National Mortgage Help Center**
800-393-0304
PO Box 85073
Richmond, VA 23285
info@nmhcenter.org

The National Mortgage Help Center (NMHC) educates the general public and refers your contact information, at no cost to you, to evaluate qualifications for a mortgage payment reduction. NMHC is not a non-profit organization and not affiliated or approved with any government program. By applying with NMHC does not guarantee a reduced monthly mortgage payment, and the lender may not approve to change your loan.



Home

# National Mortgage Hel

NMHC

Helping to Save the American Dream since 1995

| Apply Now | Save Your Home | Consumer Alert | In the News | FAQ |

## Apply Now

How do I know if I qualify for the U.S. Loan Modification Plan? You must:

1. Be an owner-occupant in a one to four unit property,
2. Have a loan that was originated on or before January 1, 2010,
3. Have a mortgage payment that is not affordable, perhaps because of a significant change in income or expenses.

If you answered YES to all of these questions, fill out form below to see if you are eligible for a lower payment.

**See if you qualify for the U.S. Loan Modification Plan, fill out the no obligation Quick Quote form below now:**

## Get Help Now

**What State are you in?**·          Choose A State

**Behind on mortgage payments?**·          - Must Select One -

**Estimated mortgage balance owed?**·          - Must Select One -

**Who is your lender?**

**First Name**·

**Last Name**·

**Primary Phone Number**·

**Secondary Phone Number**

**Email Address**·

**I also need help with my credit card debt of $7k+ (optional)**

[ Submit ]

* Required Field











TESTIMONIALS

As Seen On:

     

Apply Now | Save Your Home | Consumer Alert | In the News | FAQ | Home | Privacy Policy

**National Mortgage Help Center**
800-393-0304

PO Box 85073
Richmond, VA 23285
info@nmhcenter.org

The National Mortgage Help Center (NMHC) educates the general public and refers your contact information, at no cost to you, to evaluate qualifications for a mortgage payment reduction. NMHC is not a non-profit organization and not affiliated or approved with any government program. By applying with NMHC does not guarantee a reduced monthly mortgage payment, and the lender may not approve to change your loan.



Home

# National Mortgage Hel

Helping to Save the American Dream since 1995

**NMHC**

| Apply Now | Save Your Home | Consumer Alert | In the News | FAQ |

## Save Your Home

Are you having trouble keeping up with your mortgage payments? Have you received a notice from your lender asking you to contact them?

If you are unable to make your mortgage payment:

**1. Don't ignore the problem.**

The further behind you become, the harder it will be to reinstate your loan and the more likely that you will lose your house.

**2. Know your mortgage rights.**

Learn about the foreclosure laws and timeframes in your state (as every state is different) by contacting the State Government Housing Office.

**3. Understand foreclosure prevention options.**

One of the main foreclosure prevention options currently being used is a Loan Modification. Beware of several loan modification scams are now circulating. Only a State approved attorneys may legally modify your loan with your lender. Fill out the form here to have an approved attorney contact you about a loan modification.

**4. Prioritize your spending.**

After healthcare, keeping your house should be your first priority. Review your finances and see where you can cut spending in order to make your mortgage payment. Look for optional expenses-cable TV, memberships, entertainment-that you can eliminate. Delay payments on credit cards and other "unsecured" debt until you have paid your mortgage.

**5. Use your assets.**

Do you have assets-a second car, jewelry, a whole life insurance policy-that you can sell for cash to help reinstate your loan? Can anyone in your household get an extra job to bring in additional income? Even if these efforts don't significantly increase your available cash or your income, they demonstrate to your lender that you are willing to make sacrifices to keep your home.

**6. Don't lose your house to foreclosure recovery scams!**

If any firm claims they can stop your foreclosure immediately if you sign a document appointing them to act on your behalf, you may well be signing over the title to your property and becoming a renter in your own home! Never sign a legal document without reading and understanding all the terms and getting professional advice from an attorney, or a trusted real estate professional.

**See if you qualify for the U.S. Loan Modification Plan, fill out the no obligation Quick Quote form now!**







TESTIMONIALS

As Seen On:       

Apply Now | Save Your Home | Consumer Alert | In the News | FAQ | Home | Privacy Policy

**National Mortgage Help Center**
800-393-0304
PO Box 85073
Richmond, VA 23285
info@nmhcenter.org

The National Mortgage Help Center (NMHC) educates the general public and refers your contact information, at no cost to you, to evaluate qualifications for a mortgage payment reduction. NMHC is not a non-profit organization and not affiliated or approved with any government program. By applying with NMHC does not guarantee a reduced monthly mortgage payment, and the lender may not approve to change your loan.

Home



# National Mortgage Help

NMHC

Helping to Save the American Dream since 1995

| Apply Now | Save Your Home | Consumer Alert | In the News | FAQ |

## Consumer Alert

'Mass Joinder' Lawsuits or Class Action Litigation

California Department of Real Estate (DRE) and the BBB has released consumer warnings about 'Mass Joinder' Lawsuits or Class Action Litigation scams.

The Better Business Bureau (BBB) warns homeowners to steer clear of mailings asking them to join national "mass joinder" lawsuits to force their mortgage companies to cut their loan payments.

Michelle Corey, BBB president and CEO, says the mailings are a new twist on schemes to obtain up -front payments of $5,000 or more from homeowners struggling to pay their mortgages.

**See related video 'Mass Joinder Lawsuit Hustlers Exposed": http://youtu.be/R4AyzE3Gs0E**

This alert is written to warn consumers about marketing companies, unlicensed entities, lawyers, and so-called attorney-backed, attorney-affiliated, and lawyer referral entities that offer and sell false hope and request the payment of upfront fees for so-called "mass joinder" or class litigation that will supposedly result in extraordinary home mortgage relief. They are making a wide variety of claims and sales pitches, and offering impressive sounding legal and litigation services, with quite extraordinary remedies promised, with the goal of taking and getting some of your money.











HIDDEN MONTHLY FEE'S

Beware of cunning and scrupulous attorneys that have hidden clauses buried in the fine print that require a certain % of savings, as high as 30% as an example, if they successfully modify your mortgage to a lower payment. You should only pay one fee--otherwise you could be forced to pay potentially hundreds of dollars a month for the life of the loan. Always read the whole contract in full or have a professional, family member or friend assist you if you are unable to.

FORECLOSURE RESCUE SCAMS

As property values continue to decline across the country, fraudulent "foreclosure consultants" (con artists) target homeowners who are behind on their mortgage payments. Here's what you can do to avoid becoming a victim:

1.DO NOT pay your mortgage payments to someone other than your lender, even if they promise to pass the payment on to the lender. Fraudulent foreclosure consultants often keep the money for themselves and disappear.

2.DO NOT sell your house or transfer he title to the "foreclosure rescuer". These fraudulent foreclosure consultants often promise that if you transfer the title to them, you may stay in your home as renters and buy it back later. This is a common scheme used to evict homeowners and steal all or most of their home's equity.

3. DO NOT sign any documents without reading and understanding them first. If the document is too complex, seek advice from a lawyer or an approved, trusted financial counselor. Never sign documents with blank spaces that can be filled in later by the other party or one that contains errors or false statements, even if someone promises to correct them later. Get promises in writing and keep copies of all contracts you sign. Many homeowners think that they are signing documents for a new loan to pay off the mortgage they are behind on. Later, they discover that they actually transferred ownership to the "foreclosure rescuer".

TESTIMONIALS

If you think this may have happened to you, you may be a victim of a crime and need to file a complaint with your States' Attorney General's Public Inquiry Unit. Reporting con artists and suspicious schemes helps prevent others from becoming victims.

Read real testimonials from real people.

BANKRUPTCY FRAUD

There are several scams circulating that are abusing the bankruptcy laws. For example, a con artist may offer to obtain refinancing or negotiate a payment plan with your lender and even may even file a bankruptcy case in your name, without your knowledge, as a part of the scam.

In another kind of scam, a con artist may ask you to give a partial interest in your home to one or more persons. Each holder of a partial interest can then file bankruptcy, one after another. The bankruptcy court will issue a "stay" order each time to stop foreclosure temporarily. However, the stay does not excuse you from making payments or from repaying the full amount of your loan.

If you think this may have happened to you, you may be a victim of a crime and need to file a complaint with your States' Attorney General's Public Inquiry Unit. Reporting con artists and suspicious schemes helps prevent others from becoming victims.

REFINANCE FRAUD

Beware of people posing as mortgage brokers or lenders and offering to refinance your loan so you can afford the payments. Con artists will trick you into signing documents for a new loan and but in fact you are signing over the ownership of your home. Always read and understand reading of all documents.

If you think this may have happened to you, you may be a victim of a crime and need to file a complaint with your States' Attorney General's Public Inquiry Unit. Reporting con artists and suspicious schemes helps prevent others from becoming victims.

**See if you qualify for the U.S. Loan Modification Plan, fill out the no obligation Quick Quote form now!**

Many fraud abuse cases start out as free consultations by "counselors". Do not give out your information with other Websites.

As Seen On:     

Apply Now | Save Your Home | Consumer Alert | In the News | FAQ | Home | Privacy Policy

**National Mortgage Help Center**
800-393-0304
PO Box 85073
Richmond, VA 23285
info@nmhcenter.org

The National Mortgage Help Center (NMHC) educates the general public and refers your contact information, at no cost to you, to evaluate qualifications for a mortgage payment reduction. NMHC is not a non-profit organization and not affiliated or approved with any government program. By applying with NMHC does not guarantee a reduced monthly mortgage payment, and the lender may not approve to change your loan.



Home

## National Mortgage Help

**NMHC**  Helping to Save the American Dream since 1995

| Apply Now | Save Your Home | Consumer Alert | In the News | FAQ |

## In the News

### Glut of foreclosed homes threatens housing market
*Housing prices are falling, and they are going to fall some more*
The nation's biggest banks and mortgage lenders have steadily amassed real estate empires, acquiring a glut of foreclosed homes that threatens to deepen the housing slump and create a further drag on the economic recovery.

### Troubled home market creates generation of renters
*For many Americans a home now feels too costly, too risky or unlikely to appreciate*
A growing number of Americans can't afford a home or don't want to own one, a trend that's spawning a generation of renters and a rise in apartment construction.

### Bill would let appraisers 'round up' home values
*Lawmakers seek legal way to fight effects of distressed property sales*
Pity the poor Nevada homeowner. With home prices tumbling there at perhaps the fastest rate in the nation, it has become nearly impossible to get a handle on how much a home is worth. Why?

### Foreclosure sales slow, but remain very high
*Huge backlog of distressed properties means any housing recovery is a long way away*
Sales of homes in some stage of foreclosure declined in the first three months of the year, but they still accounted for 28 percent of all home sales — a share nearly six times higher than what it would be in a healthy housing market.

### No end in sight to foreclosure quagmire
Four years after a wave of rogue mortgage lending sent the U.S. housing market into the worst collapse since the Great Depression, the devastating flood of resulting foreclosures shows no sign of abating. In some ways, the problem is getting worse.

### Foreclosure flood may not have crested yet
*More than 4 million seriously delinquent borrowers are at risk*
If the national foreclosure crisis were a baseball game, we would be in about the top of the sixth. And we may have to go to extra innings.











TESTIMONIALS

**As Seen On:**






Apply Now | Save Your Home | Consumer Alert | In the News | FAQ | Home | Privacy Policy

**National Mortgage Help Center**
800-393-0304
PO Box 85073
Richmond, VA 23285
info@nmhcenter.org

The National Mortgage Help Center (NMHC) educates the general public and refers your contact information, at no cost to you, to evaluate qualifications for a mortgage payment reduction. NMHC is not a non-profit organization and not affiliated or approved with any government program. By applying with NMHC does not guarantee a reduced monthly mortgage payment, and the lender may not approve to change your loan.



# National Mortgage Hel|

Helping to Save the American Dream since 1995

**NMHC**

| Apply Now | Save Your Home | Consumer Alert | In the News | FAQ |

## FAQ

Job loss or mortgage rate adjusted higher? You are not alone. Over 2 Million Americans filed for home foreclosure in 2008. Your solution will depend on your financial status, the mortgage's default status, the type of loan you have and the applicable foreclosure laws in your state.

### Q: What is a Mortgage Modification?

A: A Loan Modification is a change to an existing loan to a more affordable level by a lender in response to a borrower's long-term inability to repay it. Loan modifications typically involve a reduction in the principal balance, interest rate or an extension of the length of the term of the loan, or a combination of the three. You may qualify if you have recovered from a hardship and can afford the new payment amount. Most lenders can work with home owners, even if they have poor credit and have a foreclosure date since they do not want your home. Speak with a attorney to go over your options by submitting the form here.

### Q: If I've missed too many payments, can I still get help?

A: There's always time to get help. We can't work miracles, but we can always give expert advice for any situation. That being said, the help we're able to offer is far more constrained if you're eight payments behind than if you're one or two behind. The sooner we can get involved, the better chance you have of avoiding foreclosure.

### Q: Is it possible to stay in my house after foreclosure proceedings begin?

A: Contrary to what you might think, there are still options available to you after the foreclosure process has started. The sooner you fill out the form below, the more tools we'll have to help you fix your situation.

Read real testimonials from real people.

### Q: Do I need to be behind on my mortgage payments to be eligible for a Home Loan Modification?

A: No. Responsible borrowers who are struggling to remain current on their mortgage payments are eligible if they are at risk of imminent default, for example, because their mortgage payment has recently increased to a level that is not affordable. If you have had or anticipate a significant increase in your mortgage payment or you have had a significant reduction in income or have experienced some other hardship that makes you unable to pay your mortgage, contact your servicer. You will be required to document your income and expenses and provide evidence of the hardship or change in your circumstances.

### Q: I have a second mortgage. Am I still eligible?

A: Yes, but only the first mortgage is eligible for a modification.

### Q: How do I know if my servicer is participating? Are all servicers required to participate?

A: Servicer participation in the program is voluntary. However, the government is offering substantial incentives to servicers and investors, and it is expected that most major servicers will participate. Participating servicers will sign a contract with Treasury's financial agent, through which they agree to review every potentially eligible borrower who calls or writes asking to be considered for the program.

**See if you qualify for the U.S. Loan Modification Plan, fill out the no obligation Quick Quote form now!**











TESTIMONIALS

Case 8:12-cv-00463-DOC-MLG   Document 1   Filed 03/22/12   Page 36 of 84   Page ID #:36

**Many fraud abuse cases start out as free consultations by "counselors". Do not give out your information with other Websites.**

As Seen On:

    

 

Apply Now | Save Your Home | Consumer Alert | In the News | FAQ | Home | Privacy Policy

**National Mortgage Help Center**
800-393-0304
PO Box 85073
Richmond, VA 23285
info@nmhcenter.org

The National Mortgage Help Center (NMHC) educates the general public and refers your contact information, at no cost to you, to evaluate qualifications for a mortgage payment reduction. NMHC is not a non-profit organization and not affiliated or approved with any government program. By applying with NMHC does not guarantee a reduced monthly mortgage payment, and the lender may not approve to change your loan.

# EXHIBIT B



Home

# National Mortga
# Assistance Cente
### Helping Homeowners to Save Their Dream

| Foreclosure Process | Foreclosure Options | Consumer Alert | FAQ | Apply Today |
|---|---|---|---|---|

Welcome to the official National Mortgage Assistance Center Website. NMAC assists troubled homeowners everyday through our national network of foreclosure prevention specialists. Get the professional help you need to keep your home and have peace of mind.

Just as the government is rescuing banks, help is also available to you if you can't afford to pay your mortgage. You may qualify for a Loan Modification, Forbearance Agreement, or a Principal Reduction.

**See if you qualify for the U.S. Loan Modification Plan, fill out the no obligation Quick Quote form below now:**

## Get Help Now

| | |
|---|---|
| **What State are you in?**\* | Choose A State |
| **Behind on mortgage payments?**\* | - Must Select One - |
| **Estimated mortgage balance owed?**\* | - Must Select One - |
| **Who is your lender?** | |
| **First Name**\* | |
| **Last Name**\* | |
| **Primary Phone Number**\* | |
| **Secondary Phone Number** | |
| **Email Address**\* | |
| **I also need help with my credit card debt of $7k+ (optional)** | ☐ |

[ Submit ]

\* Required Field







TESTIMONIALS

Foreclosure Process  | Foreclosure Options | Consumer Alert | FAQ | Apply Today | Home | **Privacy Policy**

National Mortgage Assistance Center
800-393-0304
17702 Mitchell N.
Irvine, CA 92614
info@nmacenter.org

Case 8:12-cv-00463-DOC-MLG   Document 1   Filed 03/22/12   Page 39 of 84   Page ID #:39

The National Mortgage Assistance Center (NMAC) educates the general public and refers your contact information, at no cost to you, to evaluate qualifications for a mortgage payment reduction. NMAC is not a non-profit organization and not affiliated or approved with any government program. By applying with NMAC does not guarantee a reduced monthly mortgage payment, and the lender may not approve to change your loan. This Website is not one of several lead-generation Websites that all generate quotes for the same provider.

Home



# National Mortga
# Assistance Cente
Helping Homeowners to Save Their Dream

| Foreclosure Process | Foreclosure Options | Consumer Alert | FAQ | Apply Today |

## Foreclosure Process

The following is a generalized breakdown of the foreclosure process, as each State has specific laws associated with it (contact your State's Government Housing Office). The information contained within these pages should not be considered legal advice. You should consult an attorney for advice regarding your individual situation.

It is important to understand the Foreclosure process. Knowing your legal rights and seeking foreclosure assistance can be the difference between keeping or losing your home. Stay in communication with your bank and do not ignore them. Banks do not want your home, and are not in the business of buying and selling property. They are in the business of financing your home and want you to stay in your home. They may be willing to work with you to accept partial payments right up front until you've caught up, as long as you keep in communication with them.

**Pre-foreclosure Stage**

　　1. Once you are a few months past due, you will get what is called a Notice to Accelerate letter. At this point, you will need to pay the past amount plus any late fees they assess you to stop the foreclosure process. You may also receive a letter saying that they may accelerate the due date of the loan and start the foreclosure process if you do not pay by a certain date.

　　2. The bank will hire an attorney and will forward you a Demand Letter if you do not respond by paying the full amount due on the date the bank has established in their Notice to Accelerate letter. The Demand Letter officially notifies you that if you don't bring your mortgage current, the foreclosure process is going to start in the court system. You will also be responsible for any attorney fees added to the delinquent amount, unpaid interest and late charges that are added to the loan, which will make it more expensive to stop foreclosure later on.

**Foreclosure Lawsuit Stage**

　　3. In the second stage of taking the Foreclosure process, if you do not respond to the previous Demand Letter by paying the full amount due plus any attorney fees, unpaid interest and late charges, the bank will then file a foreclosure lawsuit or the Notice of Default (NOD) with the county recorder or clerk. In general, you have about twenty to thirty days to respond to this judgment, and then a hearing will be set with the county courthouse. In most cases, banks are able to get default judgments against you if you don't make an appearance to fight the foreclosure or file an answer. This makes it easier for banks to proceed through the rest of the Foreclosure process. But if you do not stand up for their foreclosure rights at this point, the lender can obtain an easy victory in the courts.

**Notice of Sale Stage**

　　4. If you have not previously responded to the Demand Letter or the Notice of Default, you will be given a Notice of Sale after 20 to 30 days, sometime more, depending on how busy your bank is with other foreclosure files. This is when a property is auctioned by the local court system at a sheriff sale, typically at the court house steps. If there are no takers (investors who typically pay upfront with a money order), then it goes back to the bank as the owner. Once the auction has gone through, the new owner will get a sheriff's deed or other temporary proof of ownership, which will allow them to take possession of the house once the auction has been confirmed. In most states, once the house is











TESTIMONIALS

auctioned, there is no point of return and the eviction of tenants starts if you haven't moved out by then, typically a 2 to 4 weeks process after the sale.

You are not alone, we are here to assist you during this difficult time. Apply now to see if you qualify for a U.S. Loan Modification Plan.

Foreclosure Process | Foreclosure Options | Consumer Alert | FAQ | Apply Today | Home | **Privacy Policy**

National Mortgage Assistance Center
800-393-0304
17702 Mitchell N.
Irvine, CA 92614
info@nmacenter.org

The National Mortgage Assistance Center (NMAC) educates the general public and refers your contact information, at no cost to you, to evaluate qualifications for a mortgage payment reduction. NMAC is not a non-profit organization and not affiliated or approved with any government program. By applying with NMAC does not guarantee a reduced monthly mortgage payment, and the lender may not approve to change your loan. This Website is not one of several lead-generation Websites that all generate quotes for the same provider.

Home



**National Mortga...
Assistance Cente...**

Helping Homeowners to Save Their Dream

| Foreclosure Process | Foreclosure Options | Consumer Alert | FAQ | Apply Today |

## Foreclosure Options

Thankfully there are options available to you if you are looking to stay in your home.

### Loan Modification

The most popular program, a Loan Modification is a change to an existing loan to a more affordable level by a lender in response to a borrower's long-term inability to repay it. Loan modifications typically involve a reduction in the principal balance, interest rate or an extension of the length of the term of the loan, or a combination of the three. You may qualify if you have recovered from a hardship and can afford the new payment amount. Most lenders can work with home owners, even if they have poor credit and have a foreclosure date since they do not want your home.

### Forbearance Agreement

Depending on your situation, your bank may offer you a solution to repay your missed payments and avoid foreclosure with a Mortgage Forbearance Agreement. This agreement is made between a mortgage lender and delinquent borrower in which the lender agrees not to exercise its legal right to foreclose on a mortgage and the borrower agrees to a mortgage plan that will, over a certain time period, bring the borrower current on their payments. A Mortgage Forbearance Agreement is a temporary solution for delinquent borrowers designed for borrowers who have short-term financial problems caused by an unforeseen hardship such as health problems or unemployment. Usually Mortgage Forbearance Agreements allow a minimum of 4 months to postpone monthly mortgage payments, all the way up to 12 monthly payments at the maximum.

### Principal Reduction

A Principal Reduction is a process whereby your loan modification attorney assists in negotiating down the total amount of the principal that you owe on the loan to reflect current value of the property. Usually the interest rate is reduced to current market rates and your monthly mortgage payment is lower.

However a Principal Reduction is difficult because the bank or lender is not making as much profit, and may even avoid mentioning principal reduction as an option. Just a $200 a month reduction equals tens of thousands of dollars less profit for the bank over the life of the mortgage.

**Apply now** for a Foreclosure Prevention Specialist to assist you now.











TESTIMONIALS

National Mortgage Assistance Center
800-393-0304
17702 Mitchell N.
Irvine, CA 92614
info@nmacenter.org

The National Mortgage Assistance Center (NMAC) educates the general public and refers your contact information, at no cost to you, to evaluate qualifications for a mortgage payment reduction. NMAC is not a non-profit organization and not affiliated or approved with any government program. By applying with NMAC does not guarantee a reduced monthly mortgage payment, and the lender may not approve to change your loan. This Website is not one of several lead-generation Websites that all generate quotes for the same provider.



Home

# National Mortga Assistance Cente

Helping Homeowners to Save Their Dream

| Foreclosure Process | Foreclosure Options | Consumer Alert | FAQ | Apply Today |











TESTIMONIALS

## Consumer Alert

Many people who are in the foreclosure process are desperate to save their home, and with that is vulnerability from con artists intent to prey on this desperation.

### 'Mass Joinder' Lawsuits or Class Action Litigation

California Department of Real Estate (DRE) and the BBB has released consumer warnings about 'Mass Joinder' Lawsuits or Class Action Litigation scams.

The Better Business Bureau (BBB) warns homeowners to steer clear of mailings asking them to join national "mass joinder" lawsuits to force their mortgage companies to cut their loan payments.

Michelle Corey, BBB president and CEO, says the mailings are a new twist on schemes to obtain up-front payments of $5,000 or more from homeowners struggling to pay their mortgages. Some mailings are tied to businesses in St. Charles County.

**See related video "Mass Joinder Lawsuit Hustlers Exposed":**
http://www.youtube.com/watch?v=R4AyzE3Gs0E&feature=youtu.be

This alert is written to warn consumers about marketing companies, unlicensed entities, lawyers, and so-called attorney-backed, attorney-affiliated, and lawyer referral entities that offer and sell false hope and request the payment of upfront fees for so-called "mass joinder" or class litigation that will supposedly result in extraordinary home mortgage relief. They are making a wide variety of claims and sales pitches, and offering impressive sounding legal and litigation services, with quite extraordinary remedies promised, with the goal of taking and getting some of your money.

FORECLOSURE RESCUE SCAMS

### Bait and Switch Scam

You think you're signing documents for a new loan to make your existing mortgage current, but you don't understand all the fine print and just signed documents that surrender the title of your house to the scam artist in exchange for a "rescue" loan. DO NOT sign any documents without reading and understanding them first. If the document is too complex, seek advice from a lawyer or an approved, trusted financial counselor. Never sign documents with blank spaces that can be filled in later by the other party or one that contains errors or false statements, even if someone promises to correct them later.

### Share in profits of selling your home

The fraudulent foreclosure consultants offer to find a buyer for your home and pay you a portion of the profit when the home sells only if you sign over the deed and move out. Sometimes a fake buyer is brought in to make it a quick process. Once you transfer the deed, the scam artist simply rents out the home and pockets the proceeds while your lender proceeds with the foreclosure. In the end, you lose your home – and you're still responsible for the unpaid mortgage. That's because transferring the deed does nothing to transfer your loan obligation.

**Rent-to-Buy Scam**

In a similar scheme, the fraudulent foreclosure consultants ask for you to sign over the title as part of a deal that allows you to remain in your home as a renter, and to buy it back during the next few years. You may be told that surrendering the title will allow you to get a better credit rating to refinance the home to prevent the loss of the home. They may rent it back to you (if they haven't just evicted you outright), but over time steadily increase the rent to the point that you are unable to make the payments. Then they sell your house and take off with the equity. DO NOT sell your house or transfer he title as these fraudulent foreclosure consultants. This is a common scheme used to evict homeowners and steal all or most of their home's equity.

If you think this may have happened to you, you may be a victim of a crime and need to file a complaint with your States' Attorney General's Public Inquiry Unit. Reporting con artists and suspicious schemes helps prevent others from becoming victims.

**Bankruptcy Fraud Scam**

There are several scams circulating that are abusing the bankruptcy laws. For example, a con artist may offer to obtain refinancing or negotiate a payment plan with your lender and even may even file a bankruptcy case in your name, without your knowledge, as a part of the scam.

In another kind of scam, a con artist may ask you to give a partial interest in your home to one or more persons. Each holder of a partial interest can then file bankruptcy, one after another. The bankruptcy court will issue a "stay" order each time to stop foreclosure temporarily. However, the stay does not excuse you from making payments or from repaying the full amount of your loan.

Here are some red flags to watch for:

- Instruct you to pay your mortgage payments to someone other than your lender, even if they promise to pass the payment on to the lender
- Instruct you to transfer your property deed or title to them
- Instruct you to rent your home so you can buy it back later
- Pressure you to sign documents that you do not understand
- Instruct you to sign documents that have blank spaces that they can fill out later themselves
- Offer to fill out the paperwork for you
- They are non-attorney / law firm and collects an upfront fee before providing you with any services
- Instruct you not to contact your lender, lawyer, or credit or housing counsellor
- They guarantee to stop your foreclosure process regardless of your circumstances

If you think this may have happened to you, you may be a victim of a crime and need to file a complaint with your States' Attorney General's Public Inquiry Unit. Reporting con artists and suspicious schemes helps prevent others from becoming victims.

**Many fraud abuse cases start out as free consultations by "counselors". Do not give out your information with other Websites.**

National Mortgage Assistance Center
800-393-0304
17702 Mitchell N.
Irvine, CA 92614
info@nmacenter.org

The National Mortgage Assistance Center (NMAC) educates the general public and refers your contact information, at no cost to you, to evaluate qualifications for a mortgage payment reduction. NMAC is not a non-profit organization and not affiliated or approved with any government program. By applying with NMAC does not guarantee a reduced monthly mortgage payment, and the lender may not approve to change your loan. This Website is not one of several lead-generation Websites that all generate quotes for the same provider.



Home

# National Mortga
# Assistance Cente

Helping Homeowners to Save Their Dream

| Foreclosure Process | Foreclosure Options | Consumer Alert | FAQ | Apply Today |

## FAQ

**Q: What does NMAC do for me exactly?**
A: When you fill out the no-obligation form, we send your basic information to a foreclosure prevention law firm that will call you back and go over options based upon your unique situation. This is the first step in the process towards a possible mortgage payment reduction so that you can stay in your home.

**Q: If I've missed too many payments, can I still get help?**
A: There's always time to get help. We can't work miracles, but we can always give expert advice for any situation. That being said, the help we're able to offer is far more constrained if you're eight payments behind than if you're one or two behind. The sooner we can get involved, the better chance you have of avoiding foreclosure.

**Q: Is it possible to stay in my house after foreclosure proceedings begin?**
A: Contrary to what you might think, there are still options available to you after the foreclosure process has started. The sooner you fill out the form below, the more tools we'll have to help you fix your situation.

**Q: Can a Loan Modification include the late charges from the lender?**
A: Mortgagee Letter 2008-21 states that accrued late charges should be waived by the mortgagee at the time of the Loan Modification.

**Q: Do I need to be behind on my mortgage payments to be eligible for a Loan Modification?**
A: No. Responsible borrowers who are struggling to remain current on their mortgage payments are eligible if they are at risk of imminent default, for example, because their mortgage payment has recently increased to a level that is not affordable. If you have had or anticipate a significant increase in your mortgage payment or you have had a significant reduction in income or have experienced some other hardship that makes you unable to pay your mortgage, contact your servicer. You will be required to document your income and expenses and provide evidence of the hardship or change in your circumstances.

**Q: Is it required to perform an escrow analysis when doing a Loan Modification?**
A: Yes, a retroactive escrow analysis is performed at the time the Loan Modification to ensure that the past due payments are capitalized and reflect the actual escrow requirements for those months capitalized.

**Q: I have a second mortgage. Am I still eligible?**
A: Yes, but only the first mortgage is eligible for a modification.

**Q: Can I do any of this myself?**
A: Yes you can—just like you can file your own taxes, do your own plumbing and electrical, and fix your own car. Don't take chances with your home as another Do It Yourself project, have one of our foreclosure prevention attorneys take care of everything so that you can have peace of mind.

**Q: Are there any government programs available?**
A: Yes, one is the Obama Administration introduced In February 2009 as part of a comprehensive Financial Stability Plan to address the key problems of the foreclosure crisis to get our economy back on track. A critical piece of that effort is Home Affordable Modification Program (HAMP), a plan to stabilize the housing market and help struggling homeowners get relief and avoid foreclosure. It's a specific loan modification program that not everyone qualifies for. Another is the HOPE Now Program, which will send a letter to your lender on your behalf requesting a loan modification. Unfortunately, a single letter may not persuade your bank to work out a loan modification. It takes numerous calls and faxes to the right people in the right department to work with banks.







TESTIMONIALS

<u>Foreclosure Process</u>  | <u>Foreclosure Options</u> | <u>Consumer Alert</u> | <u>FAQ</u> | <u>Apply Today</u> |  <u>Home</u> | **Privacy Policy**

**National Mortgage Assistance Center**
800-393-0304
17702 Mitchell N.
Irvine, CA 92614
info@nmacenter.org

The National Mortgage Assistance Center (NMAC) educates the general public and refers your contact information, at no cost to you, to evaluate qualifications for a mortgage payment reduction. NMAC is not a non-profit organization and not affiliated or approved with any government program. By applying with NMAC does not guarantee a reduced monthly mortgage payment, and the lender may not approve to change your loan. This Website is not one of several lead-generation Websites that all generate quotes for the same provider.

Home



# National Mortga
# Assistance Cente
Helping Homeowners to Save Their Dream

| Foreclosure Process | Foreclosure Options | Consumer Alert | FAQ | Apply Today |

## Apply Today

How do I know if I qualify for the U.S. Loan Modification Plan?

To apply, you must:

1. Be an owner-occupant in a one to four unit property,
2. Have a loan that was originated on or before January 1, 2009,
3. Have a mortgage payment that is not affordable, perhaps because of a significant change in income or expenses.

If you answered YES to all of these questions, fill out form below to see if you are eligible for a Home Loan Modification.

## Get Help Now

| | |
|---|---|
| What State are you in?• | Choose A State |
| Behind on mortgage payments?• | - Must Select One - |
| Estimated mortgage balance owed?• | - Must Select One - |
| Who is your lender? | |
| First Name• | |
| Last Name• | |
| Primary Phone Number• | |
| Secondary Phone Number | |
| Email Address• | |

I also need help with my credit card debt of $7k+ (optional) ☐

[ Submit ]

* Required Field











TESTIMONIALS

Foreclosure Process | Foreclosure Options | Consumer Alert | FAQ | Apply Today | Home | **Privacy Policy**

National Mortgage Assistance Center
800-393-0304
17702 Mitchell N.
Irvine, CA 92614
info@nmacenter.org

The National Mortgage Assistance Center (NMAC) educates the general public and refers your contact information, at no cost to you, to evaluate qualifications for a mortgage payment reduction. NMAC is not a non-profit organization and not affiliated or approved with any government program. By applying with NMAC does not guarantee a reduced monthly mortgage payment, and the lender may not approve to change your loan. This Website is not one of several lead-generation Websites that all generate quotes for the same provider.

Case 8:12-cv-00463-DOC-MLG   Document 1   Filed 03/22/12   Page 50 of 84   Page ID #:50

# EXHIBIT C



**NMHC**

# NATIONAL MORTGAGE HELP CENTER
### *Helping Homeowners Across America!*

# Lender Proposal and Guarantee Policy Enclosed

**Dear**<sup></sup>

***CONGRATULATIONS*** **on being pre-qualified for the First One's National Mortgage Help Center Program!**

**Please call me with any questions.**

**Gina Bailey**
**Phone:  1- 800-353-1446**
**Fax:       1- 800-359-6041**
**Email  gina@firstoneloans.com**

**Program Website: www.lmxinfo.com**

## Please follow the Instructions:

► Complete the items on the Checklist and return
   with your check or money order payable to: ***First One NMHC***

► Return your package with the enclosed pre-paid Fedex Air bill

# EXHIBIT D

 

**NATIONAL MORTGAGE HELP CENTER**

**NMHC**

Helping home owners one at a time

At First One, *YOU* are
the One that comes First!!!



# *About Us!*

- **The NMHC Program is through FIRST ONE, Approved by** HUD (U.S. Department of Housing & Urban Development) as a loan correspondent.

- Compliant in <u>all</u> 50 states   🅝 NBC  ⬤ CBS  FOX NEWS  MSNBC  CNN

- Monthy mortgage payment reductions averaging **30% - 40%**

- Principle reductions are addressed when current mortgages are greater than the home's value.

- Every homeowner file is assigned to a specific Case Manager

- **Compliant relationships with all major lenders & loan servicers**



# *WE WORK FOR <u>YOU</u>, NOT YOUR LENDER!*



**FIRST ONE**
NATIONAL MORTGAGE HELP
CENTER
Helping home owners one at a time

**NMHC**



# ACTUAL MODIFICATIONS (Resulting from our National Mortgage Help Center Program)

| Monthly Payment | After Modification | Monthly Savings | Lender |
|---|---|---|---|
| $3912 | $2015 | $1897 | Bank of America |
| $2791 | $1410 | $1381 | American Home Mortgage |
| $2571 | $1264 | $1301 | Bank of America |
| $1870 | $1076 | $ 794 | American Home Mortgage |
| $1598 | $1128 | $ 470 | ASC |
| $1488 | $1058 | $ 430 | Litton Loan Servicing |
| $1302 | $ 891 | $ 411 | Franklin Credit Management |
| $1192 | $ 648 | $ 544 | Provident Funding |
| $ 742 | $ 400 | $ 342 | Chase Mortgage |
| $ 346 | $ 175 | $ 171 | GMAC |
| $ 330 | $ 100 | $ 230 | PNC |

*($_____ Savings For You!)*



**NMHC**

# The Top FAQ's
## (Frequently Asked Questions)



**NMHC**

## About First One.

First One is a **Housing Counselor Public Benefit Corporation**. We are also an approved lender through HUD (U.S. Dept. of Housing and Urban Development). Our specific purpose is to expand affordable housing opportunities to the public.  To provide housing counseling services to assist homebuyers and homeowners in obtaining affordable housing financing and assisting homeowners to avoid default and foreclosures.

## Do I qualify for a Mortgage Payment Reduction?

Based on the information you provided during your free initial consultation, a **Housing Counselor Analysis** determined that you are **pre-qualified** for either the HAMP (Home Affordable Modification Program) or your lender's Traditional mortgage revision guidelines.

## How much can I save?

This depends on your current financial situation.  The goal of a mortgage payment reduction is to reduce the homeowner's monthly mortgage payment to make their home affordable.  Homeowners who have benefited from our services have received mortgage payment reductions that bring their mortgage payment debt ratio to within 31% or their gross income.  Mortgage principal balance reductions have also been achieved and possible when your current mortgage balance exceeds the value of your home.

## Can I do this myself?

Statistics demonstrate this is unlikely.  Achieving a successful mortgage payment reduction requires specific knowledge of HAMP and Traditional mortgage payment reduction guidelines to maximize results.  Most of our customers who attempted to "try it themselves", were declined or received a minimum payment adjustment, still leaving them unable to afford their home.

## How does your documentation service assist in my achieving a Mortgage Payment Reduction?

Our documentation service is a service separate from our free housing counseling.  Achieving a successful mortgage payment reduction requires submitting a financial analysis to your lender with supporting documentation that meets HAMP and/or Traditional mortgage payment reduction guidelines.  The objective is to prove to your lender why you should receive a mortgage payment reduction.  The process for revising your loan terms varies by lender. It also varies by individual borrower situation at any given lender.  Should you choose, we provide the valuable service of preparing your financial analysis documentation and underwriting your financial situation according to your lender's guidelines.  Just like processing a loan based on a lender's loan approval guidelines, properly structured and compliant documentation achieves the best results.

## Who Communicates with my lender?

First One is a Housing Counselor Public Benefit Corporation.  We offer free-of-charge housing counseling to assist consumers in making informed and reasonable decisions with respect to their housing goals and provide assistance in resolving their housing problems.  Should you choose, First One is pleased to assist you in communicating with your lender to achieve a result. Our Housing Counseling assistance is provided at no-charge and is not contingent on you hiring First One for any other service.

## How much does the documentation service cost?

Once you have been pre-qualified based on the information you provided to the Housing Counselor during your free initial consultation if you chose to have us process and document your financial analysis pursuant HAMP and/or Traditional mortgage payment reduction guidelines the cost of our documentation service is ,850.00. An initial document processing payment of $925.00 is sent with your pre-qualified application package. When you are notified that your documentation and financial analysis are completed, a completion payment of $925.00 is due at that time and your total fee is satisfied.

A lot of work goes into preparing your package which is suitable for your submission to your lender. It involves case managers, underwriters and other highly skilled staff, working many hours on your behalf.

## Will I spend money and get nothing in return?

We guarantee our work. Our document service is backed by our Guarantee Policy with 100% Money Back - terms included in package.

We Are Committed To Providing Our Customers With Excellent Service During These Difficult Times

# EXHIBIT E



## A Non-Profit (IRS 501c) Public Benefit Corporation



# MORTGAGE HELP CENTER

### *Helping Homeowners Across America!*

Dear

As a Non-Profit, Public Benefit Corporation, our goal is to help as many homeowners as we can. Since there is a high demand for this program, your pre-approved application *must be sent by:*

_____ 1/28/12 _____

Please use the enclosed pre-paid FedEx envelope to ensure your application arrives prior to the above expiration date.

Please call me with any questions,

**Randa El-Farra**
**Senior Case Manager**
Phone:  1-866-388-1635
Fax:      1-800-359-6041





# Mortgage Help Center

## *CHECKLIST*

1. Complete and sign each document
2. Complete the Homeowner Questionnaire
3. Hardship Letter – check reasons and sign
4. Send copy of mortgage payment statement on each loan
5. Enclose check or money order for initial program
   payment of $249 payable to: *First One*

Your Case Manager will be working directly with you. When
your document preparation and financial analysis are
completed and ready for submission, your completion payment
of $249 is due at that time and the total program fee of $498 will be
satisfied.

**First One Lending Corporation is a Non-Profit (IRS 501c) Public Benefit Corporation an
approved lender through HUD (U.S. Dept. of Housing and Urban Development) and a
member of NAHCA.  Our specific purpose is to expand affordable housing
opportunities to the public.**





Revised – January 11, 2012



**A Non-Profit (IRS 501c) Public Benefit Corporation**

## ACTUAL RESULTS (Mortgage Help Center)

| Monthly Payment | After Modification | Monthly Savings | Lender |
|---|---|---|---|
| $5117 | $3921 | $1196 | Wells Fargo |
| $4754 | $3694 | $1060 | AHMSI |
| $4301 | $3134 | $1167 | Bank of America |
| $3564 | $2786 | $ 778 | Wachovia |
| $3551 | $2629 | $ 922 | Bayview |
| $3912 | $2015 | $1897 | Bank of America |
| $3561 | $1938 | $1622 | CitiMortgage |
| $2940 | $1816 | $1124 | Litton |
| $2791 | $1410 | $1381 | American Home Mtg |
| $2615 | $1913 | $ 702 | IndyMac |
| $2571 | $1264 | $1301 | Bank of America |
| $2568 | $1865 | $ 703 | Wachovia |
| $2551 | $1705 | $ 846 | Aurora |
| $2527 | $1670 | $ 857 | NationStar |
| $2442 | $2026 | $ 415 | IndyMac |
| $2417 | $1908 | $ 508 | GMAC |
| $2038 | $1834 | $ 204 | AHMSI |
| $1960 | $ 950 | $1009 | ASC |
| $1915 | $1464 | $ 451 | Litton |
| $1878 | $ 763 | $1115 | CitiMortgage |
| $1870 | $1076 | $ 794 | American Home Mtg |
| $1854 | $1533 | $ 321 | Suntrust Mortgage |
| $1832 | $1263 | $ 568 | IndyMac |
| $1759 | $1092 | $ 667 | Bank of America |
| $1755 | $1522 | $ 318 | First Franklin |
| $1691 | $ 599 | $1092 | Aurora |
| $1598 | $1128 | $ 470 | ASC |
| $1565 | $1194 | $ 371 | AHMSI |
| $1488 | $1058 | $ 430 | Litton Loan Servicing |
| $1417 | $1020 | $ 397 | Bank of America |
| $1286 | $ 902 | $ 384 | Saxon |
| $1233 | $ 998 | $ 235 | Ocwen |
| $1192 | $ 648 | $ 544 | Provident Funding |
| $1051 | $ 788 | $ 263 | Beneficial |
| $1029 | $ 647 | $ 382 | Wells Fargo |
| $ 742 | $ 400 | $ 342 | Chase Mortgage |
| $ 346 | $ 175 | $ 171 | GMAC |
| $ 330 | $ 100 | $ 230 | PNC |
| $ 207 | $  80 | $ 127 | HSBC/HFC |



# FIRST ONE

# Homeowner's Assistance Authorization

## ABOUT FIRST ONE

First One is a Non-Profit (IRS 501c) Public Benefit Corporation. Our specific purpose is to expand affordable housing opportunities to the public. To provide housing counseling services to assist homebuyers and homeowners in obtaining affordable housing financing and assisting homeowners to avoid default and foreclosures free of charge. Our staff is comprised of case managers, loan processors, and counselors working on your behalf.

## ASSISTING HOMEOWNERS

### Phase I - Documentation Service
Our documentation service is a for fee service, compliant with our non-profit status as it covers our nominal costs to prepare your financial analysis and essential documentation. You have hired us pursuant to the scope of services of the Services Agreement to prepare such documentation. Achieving a successful mortgage payment reduction requires preparing a financial analysis with supporting documentation that meets HAMP and/or Traditional mortgage payment reduction guidelines. The process for revising your loan terms varies by lender. It also varies by individual borrower situation at any given lender. We provide a valuable service of preparing your financial analysis and documenting your financial situation. Just like processing a loan based on a lender's loan approval guidelines, properly structured and compliant documentation achieves the best results. This is a paid service for the processing and preparation of your documentation and financial analysis only.

### Phase II - Housing Counseling Submission
First One is a Non-Profit (IRS 501c) Public Benefit Corporation, offering free-of-charge housing counseling to assist consumers in making informed and reasonable decisions with respect to their housing goals and provide assistance in resolving their housing problems. First One also provides free-of-charge assistance in coordinating your financial analysis submission to the HUD Housing Counseling Agency to assist you with your lender to achieve a result. HUD (Dept. of Housing and Urban Development) Housing Counseling assistance is provided at no-charge and is not contingent on you hiring First One for any other service. By signing below client desires and requests our free of charge assistance for First One to coordinate client's financial analysis submission to the Home Save Program of the Neighborhood Assistance Corporation of America HUD Housing Counselors or other HUD approved housing counseling agency that is applicable. Client further authorizes First One personnel to enter Client's electronic signature authorization as part of the initial submission to the Home Save Program.

We Are Committed To Providing Our Customers With Excellent Service During These Difficult Times

Client understands and acknowledges First One's counseling service and documentation service

Client Signature: _____   Date: _____

Client Signature: _____   Date: _____

# EXHIBIT F



**NMHC**

## National Mortgage Help Center

## WELCOME LETTER

Your **NMHC** Documentation Package has been received.

My name is Randa, I have been assigned as your Case Manager.

My contact information is:   Randa
866-368-1635 (Direct Phone)
404-920-6379 (Fax)
randa@firstoneloans.com

I have reviewed your file and per your lender's request, please provide me with the following items – they can be faxed or mailed.



## *CHECKLIST*

1. Most recent 30 Days worth Paystubs for Michael
2. Most recent 30 Days worth of Paystubs for 2nd job for Michael
2. Most recent 2 month bank statements(all pages)
3 A copy of a most recent utility bill(either electric or gas or water)
4 2010 Federal Income Tax Returns(all pages and all schedules)
5 Most recent disability statement for Pamela
6. Any letters or packages that you receive from your lender

Your immediate attention is appreciated so that your file is not delayed.

Thank you,

Randa

# EXHIBIT G



## OUR GUARANTEE POLICY

### First One Lending Corporation Provides A Guarantee Policy pursuant to the following:

Our Guarantee Policy demonstrates our extreme confidence in our service which is designed to save you time, and most of all, stress, as we take care of the document processing and financial analysis your lender requires to revise the terms of your mortgage loan.   We are confident that you will feel the same way as our many other satisfied customers.

First One's case managers, underwriters and processors are highly skilled and experienced in preparing documentation associated with our customer's income and financial analysis pursuant to loan underwriting standards for customer's use in requesting a mortgage payment reduction from their lender.

We guarantee that our financial analysis meets HAMP and/or traditional mortgage payment reduction guidelines to demonstrate to your lender why you should receive a mortgage payment reduction.

Your financial analysis is prepared according to industry lending standards and represents your current financial situation based on the documentation and information provided by the homeowner.  We reserve the right to revise, update and/or correct your documents at no extra charge.

First One requires that you have kept all of your obligations and responsibilities under the Services Agreement and have satisfied the full services fee.  First One will make best efforts to document Client's information with respect to Client's particular financial situation as specified in paragraph 8 of the Document Services Agreement.

**Privacy policy:**  First One does not share, give, sell or transfer any personal information about our customers.  We will only use personally identifying information to respond to you or to help us assist you in the preparation of your documentation for use with your lender or the HUD Housing Counseling Agency in order to meet your needs.

I understand and agree to all terms outlined above.

Client's Signature                                    Date                Client's Printed Name

Client's Signature_____  Date_____  Client's Printed Name_____

# EXHIBIT H





# ortgage Help Center

## *CHECKLIST*

1. Complete and sign each document
2. Complete the Homeowner Questionnaire
3. Hardship Letter – check reasons and sign
4. Send copy of mortgage payment statement on each loan
5. Enclose check or money order for initial document processing
   payment of $725 payable to:  *First One*

## Completion Payment

Your Case Manager will be working directly with you. When
your document preparation and financial analysis are
completed, your completion payment of $725 is due at that
time and your total fee will be satisfied.

**First One Lending Corporation is an approved lender through HUD (U.S. Dept. of
Housing and Urban Development) and a member of NAHCA.  Our specific purpose is to
expand affordable housing opportunities to the public.**





# EXHIBIT I



**FIRST ONE**™

# Homeowner's Assistance Authorization

## ABOUT FIRST ONE

First One is a **Housing Counselor Public Benefit Corporation**. Our specific purpose is to expand affordable housing opportunities to the public. To provide housing counseling services to assist homebuyers and homeowners in obtaining affordable housing financing and assisting homeowners to avoid default and foreclosures. Our staff is comprised of case managers, loan processors, and housing counselors working on your behalf.

## ASSISTING HOMEOWNERS

### Housing Counseling

First One is a Housing Counselor Public Benefit Corporation, offering free-of-charge housing counseling to assist consumers in making informed and reasonable decisions with respect to their housing goals and provide assistance in resolving their housing problems. First One coordinates each client's financial analysis submission to the Home Save Program of the Neighborhood Assistance Network of HUD Housing Counselors to assist you with your lender to achieve a result. HUD (Dept. of Housing and Urban Development) Housing Counseling assistance is provided at no-charge and is not contingent on you hiring First One for any other service.

### Documentation Service

Our documentation service is a service separate from our housing counseling. Achieving a successful mortgage payment reduction requires preparing a financial analysis with supporting documentation that meets HAMP and/or Traditional mortgage payment reduction guidelines.
If you do not have a compliant application package with a supporting financial analysis to demonstrate why you qualify for a mortgage payment reduction nor wish to prepare it, you may choose to hire our documentation services group to prepare the documentation and financial analysis for you. The process for revising your loan terms varies by lender. It also varies by individual borrower situation at any given lender. We provide a valuable service of preparing your financial analysis and documenting your financial situation. Just like processing a loan based on a lender's loan approval guidelines, properly structured and compliant documentation achieves the best results. This is a paid service for the processing and preparation of your documentation and financial analysis only.

We Are Committed To Providing Our Customers With Excellent Service During These Difficult Times

Client understands and acknowledges First One's housing counseling service and documentation service

**Client Signature:** _                          ___**Date:**

**Client Signature:**                             ___**Date:**

# EXHIBIT J



**FIRST ONE**

February 28, 2012

Re:  **Phase I and II**

## Phase I-Documentation Service

We have completed our documentation service with respect to processing and preparing your financial analysis.  Your file has been submitted and is with the Housing Counselor of the Neighborhood Assistance Network of HUD Housing Counselors to assist you with your lender in achieving a result.

## Phase II-Housing Counseling Submission

Please call the housing counselor assigned to your file to schedule a counseling appointment.

**Please call 1-888-302-6222 or log on to the website www.naca.com**

You have been assigned the following:

**Member Number:**
**Password:**

You can check status anytime either online or by phone by entering your member number and password.

**Online Status Check:  www.naca.com  Click the** Web-File **icon and log in.**

**Phone Status Check:  Call toll-free 1-888-302-6222**

Please contact your assigned housing counselor as soon as possible and have your **member number**, **password** and the **financial analysis package** included with this letter handy.

Best regards,

Randa El-Farra
Case Manager
(866)368-1635



February 3, 2012

## Re:  Status and Next Step

### Status

We have completed the processing and preparation of your financial analysis and it has been submitted to your Housing Counselor of the Neighborhood Assistance Network of HUD Housing Counselors to assist you with your lender in achieving a result.

### Next Step

Please call the housing counselor assigned to your file to schedule a counseling appointment.

**Please call 1-888-302-6222**

You have been assigned the following:

**Member Number:**
**Password:**

You can check status anytime either online or by phone by entering your member number and password.

**Online Status Check:  www.naca.com  Click the** Web-File **icon and log in.**

**Phone Status Check:  Call toll-free 1-888-302-6222**

Please contact your assigned housing counselor as soon as possible and have your **member number**, **password** and the **financial analysis package** included with this letter handy.

It was great working with you.

Very truly yours,

Randa El-Farra
Case Manager
(866)368-1635

# EXHIBIT K

San Juan Capistrano, CA , 92675
Phone: 866-368-1635
Fax: 404-920-6379

**From:**
**Sent:** Wednesday, November 16, 2011 9:07 AM
**To:** Randa El-Farra
**Subject:** Dishonesty and Hypocrysy, Criminial Behavior?

Directly due to your dishonest and totally bad advice, we very well may lose our home of twenty-eight years.

We thought we could trust your company.  It is so sad when people our age are totally ripped off by corporations like those you work for.

After speaking with the HUD folks and it is their opinion that you folks are just a bunch of coporate crooks praying on people during a bad economic time.  To quote the HUD spokesperson " We're so sorry that you gave these folks $2000.00 for nothing. You could have done this at the start, on your own and would be out of this mess by now.  So thanks a lot.

I am so disappointed in you and First One. I hope you forward this letter to the highest echelons, because be sure that if my entire moneys are not refunded in thirty days, I will file a complain with the Washington State Attorney General's Office, the Better Business Bureau and any other agency that I can find that has dealing with you.

You'll also be on my facebook page revealing the dishonesty of your company.

http://us.mg4.mail.yahoo.com/neo/launch

1/29/2012

Subject:  Re: Dishonesty and Hypocrysy, Criminial Behavior?

From:

To:  randa@firstoneloans.com;

Date:  Tuesday, November 22, 2011 1:30 AM


I didn't tell them you were dishonest, but just the opposite.  What paperwork did you file that you didn't get from me, that I coudn't have filed by myself.  Why does the BBB have a warning on the websight about First One.  And why are you not a member of the Better Business Bureau.  I understand that I have been ripped off.  I get that, I'm saddened too and could possibly lose my home because of your company.  I stand behind my original email.  I would love to see how may others First One has duped!  I would also like a list of others that First One has "helped".


From: Randa El-Farra <randa@firstoneloans.com>
To:
Sent: Wednesday, November 16, 2011 9:53 AM
Subject: RE: Dishonesty and Hypocrysy, Criminial Behavior?

Dear

I am saddened when someone like yourself makes such reckless claims based on what someone else is telling you who does not have the facts.

The facts are stated in your contract.  You acknowledged, signed and agreed to perform to our contract.  We fully performed the Scope of Services for which you paid and hired us.

A staff of individuals have worked very hard on your behalf to prepare your financial analysis as defined in the Scope of Services and place you in the position to be properly considered for a payment reduction.

NACA only negotiates with your lender, they do not prepare the paperwork in accordance with your lender's requirements.  It is the financial analysis and documentation that is the most important part of the process.  Further, we are a registered referral agent to NACA.

I would suggest that you refrain from publishing false and defamatory statements about our organization.  You may open yourself up to civil liability.

Honestly,      the truth is that we fully performed to the agreement.  The process has helped others.  I am the one disappointed by your comments which are unsupported.

Thank you for telling the people who are the one's helping you that we are dishonest.


Randa El-Farra
First One Lending Corporation
31831 Camino Capistrano #300B

http://us.mg4.mail.yahoo.com/neo/launch

1/29/2012

# EXHIBIT L

-----Or
From:
Sent: Monday, January 30, 2012 3:37 PM
To: Ted Ulan
Subject: Fwd: RE: VOICE MAIL MESSAGE


-------- Original Message --------
Subject: RE: VOICE MAIL MESSAGE
From: Stacey Timmins <stimmins@firstoneloans.com>
To
CC:

· you are mistaken on this.

First One Lending is a registered referral agent with the National
Association of HUD Housing Counselors as well as a HUD approved lender.
We did not "pass you on" in the manner you speak of - to NACA.

You paid First One for Document Services - not for a loan modification.
Once we refer you to NACA your complete financial analysis and paperwork
have been completed by us - and you are then in the free of charge
assistance phase of the service. All of the paperwork has already been
submitted.

Please refer to the agreement / contracts that you signed.

The guarantee policy states "If your lender denies your request to
modify the terms of your loan based on our document service, you receive
100% money back.

Also please read the services agreement specifically items 2 and 3.



Stacey Timmins

First One Lending Corporation

31831 Ste. 300B Camino Capistrano

San Juan Capistrano, Ca. 92675

1

Direct Line: 800-254-9809

Fax: 404-920-6379

stimmins@firstoneloans.com <mailto:stimmins@firstoneloans.com>

PLEASE BE SURE TO FAX OR SCAN/E-MAIL ANY DOCUMENTATION / NOTIFICATIONS
SENT TO YOU BY YOUR LENDER TO ME ASAP.

From:
Sent: Sunday, October 09, 2011 9:36 AM
To: Stacey Timmins
Subject: Re: VOICE MAIL MESSAGE

Hi Stacey. I finally have a chance to respond to this email because I
am off of work today. Okay, I'm writing to find out what is going on.
NACCA, whom just finished preparing my paperwork to be submitted to
Fidelity is telling me that they will be the ones handling the
negotiation and paperwork for my home loan modification and that they
are not affiliated with you guys. They also mentioned to me that they
are a non-profit organization. Basically, why did you guys charge me
$1450 to act as my middle person to get a loan modification done on my
home and you guys are not the ones negotiating my case right now or
trying to get it done? Since NACCA is the company handling my case, I
am due for a full refund which is what you guys promised if you were not
able to get things done for me with fidelity on my behalf. You have my
email and my cell number is 910-583-8898, my work number is
910-495-1421. What hurts the most is before Bill Mariner passed me on
to you as my case manager, I explained to him that the $1450 was all of
my savings and that I have 5 kids and one of them is a newborn. He told
me because he pre-screened me, that your company would get the loan
modification done with fidelity for me and if your company could not get
it done, that I would be able to get a full refund. To change my home
loan from a fixed rate of 5% to 2% or even 1% sounded great to me and
was worth the chance. Now I'm finding out that you guys only took my
money to pass me on to NACCA ( a non-profit organization) that is going
to be doing everything you guys was paid for and promised me you'll do.
This is my submission for a full refund for my $1450 ASAP please.

God Bless,

2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

### SACV12- 463 DOC (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[X] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Chrisopher J. McNamara, Esq. (SBN 209205)
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
(415) 421-6140

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Neighborhood Assistance Corporation of America, A Massachusetts corporation,<br><br>PLAINTIFF(S)<br>v.<br><br>First One Lending Corporation, a California corporation, John Vescera, an individual, and Does 1-10,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV12 - 0463 DOC (MLGx)**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S):  (See Attachment A)

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Christopher J. McNamara_____, whose address is _101 California Street, Suite 2300, San Francisco, California, 94111_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

MAR 2 2 2012

Dated: _____

By: _____
    **DODJIE LAGMAN**
    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11                                    SUMMONS

## ATTACHMENT A TO SUMMONS

DEFENDANTS:

First One Lending Corporation, a California corporation
31831 Camino Capistrano, #300B
San Juan Capistrano, CA  92675

John Vescera, an individual
14 Carmel Woods
Laguna Niguel, CA  92677

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Neighborhood Assistance Corporation of America, a Massachusetts corporation | First One Lending Corporation, a California corporation<br>John Vescera, an individual<br>Does 1-10 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Christopher J. McNamara<br>Kasowitz, Benson, Torres & Friedman LLP, 101 California Street, Suite 2300<br>San Francisco, California 94111 (415) 421-6140 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ MONEY DEMANDED IN COMPLAINT: $ Subject to Proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC Section 1125 (a) for falsely representing an affiliation, connection or association with the Plaintiff.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER<br>PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

SACV12 - 0463 DOC (MLGx)

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Massachusetts |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| First One Lending Corporation - Orange County<br>John Vescera - Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _McNamara_   Date March 22, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |